**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7450

DWAYNE DELESTON, a/k/a Dwayne Curtis Deleston,

              Petitioner - Appellant,

        v.

WARDEN FCI ESTILL,

              Respondent – Appellee,

        and

UNITED STATES OF AMERICA,

              Respondent.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, Chief District
Judge.  (6:10-cv-02036-DCN)

Submitted:  March 31, 2011          Decided:  April 5, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwayne Deleston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Deleston, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Deleston v. Warden</u>, No. 6:10-cv-02036-DCN (D.S.C. Sept. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>